IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Damian Chisholm, Jr., | ) | Case No. 5:25-cv-13048-JDA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| York County Detention Center,<br>Sargent Jinks, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' motion to dismiss. [Doc. 34.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kaymani D. West for pre-trial proceedings.

On October 20, 2025, the Clerk docketed Plaintiff's Complaint brought pursuant to 42 U.S.C. § 1983. [Doc. 1.] On March 4, 2026, Defendants filed a motion to dismiss. [Doc. 34.] On October 14, 2026, the Magistrate Judge issued a Report and Recommendation ("Report") recommending that the Court grant the motion as to all claims against York County Detention Center and Plaintiff's First Amendment and Eighth Amendment denial-of-medical-care claims against Defendant Jinks. [Doc. 50.] In addition, the Magistrate Judge recommended that the Court deny the motion as to Plaintiff's claim for excessive force against Defendant Jinks. [*Id.*] The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. [*Id.* at 10.] Neither party filed objections to the Report, and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Defendants' motion to dismiss [Doc. 34] is GRANTED IN PART and DENIED IN PART. The motion is granted as to all claims against York County Detention Center and Plaintiff's First Amendment and Eighth Amendment denial-of-medical-care claims against Defendant Jinks. The motion is denied as to Plaintiff's claim for excessive force against Defendant Jinks.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

November 13, 2026
Columbia, South Carolina